

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

June 29, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 9:39:53 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name: CHARLES DARNELL SMITH

Cause No: 1366203

Court: 183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6-11-15
**Sentence Imposed Date:** 5-12-15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED
Motion for New Trial FILED ON 6-11-15

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

NO. 1466203/~~1297865~~

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 183RD JUDICIAL DISTRICT |
| | § | |
| CHARLES DARNELL SMITH | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Charles Darnell Smith, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Charles Darnell Smith.

Respectfully submitted,

Maloney and Parks, LLP
2925 Gulf Fwy Ste. B #295
League City, Texas 77573
Tel: (409) 949-4477
Fax: (866) 838-5656

By: _____
Calvin D. Parks
State Bar No. 24027592
calvinparks@justice.com
Attorney for Charles Darnell Smith

### CERTIFICATE OF SERVICE

This is to certify that on June 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, by hand delivery.

_____
Calvin D. Parks

 

Cause No. 1466203

| THE STATE OF TEXAS | IN THE 183rd DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| Charles Darnell Smith, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____          **JUN 2 6 2015**
Judge                                      Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

**FILED**
Chris Daniel, Clerk

JUN 2 5 2015

_____          _____
Defendant                                  Defendant's Counsel

Time: _____ Harris County, Texas
By_____ Deputy

Mailing Address: _____          State Bar of Texas ID number: 24027592

Telephone number: _____          Mailing Address: 2925 Gulf Fwy Ste.B #245
                                           League City, Tx 77573
Fax number (if any): _____          Telephone number: 409 949-4477

                                           Fax number (if any): 1-866 838-5656

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

# APPEAL CARD

MNT
6-11-15

14th

Court 183 rd

9-9-15

Cause No. 1466203

### The State of Texas
### Vs
## Charles Darnell Smith
### 5-12-15

**Date Notice Of Appeal:** JUN 1 1 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Vanessa Velasquez

**Court Reporter** Billy Jalufka

**Court Reporter**

**Court Reporter**

**Attorney on Trial** Calvin Deshon Parks

**Attorney on Appeal** TBD

**Appointed_____ Hired_____**

**Offense** Super Agg Sex Asslt

**Jury Trial** Yes ✓ No____

**Punishment Assessed** 30 yrs TDC $10,000 Fine

**Companion Cases (If Known)** 1387265

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes ✓ No____

**Date Submitted To Appeal Section** JUN 15 2015

**Deputy Clerk** AM



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - CORRECT CAUSE NUMBER

July 1, 2015

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name:  CHARLES DARNELL SMITH

Cause No:  1466203

Court:  183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  6-11-15
**Sentence Imposed Date:**  5-12-15
**Court of Appeals Assignment:  Fourteenth Court of Appeals**
**Appeal Attorney of Record:**  TO BE DETERMINED
Motion for New Trial   FILED ON 6-11-15

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.